UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. 07CV 2158 JLS (RBB) |
| ) | |
| Plaintiff, ) | WARRANT FOR ARREST |
| ) | IN ACTION IN REM |
| v. ) | |
| ) | |
| $4,000.00 IN U.S. CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

FILED

NOV 16 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

TO:   UNITED STATES MARSHAL
      SOUTHERN DISTRICT OF CALIFORNIA

YOU ARE HEREBY COMMANDED to attach the defendant,

**$4,000.00 IN U.S. CURRENCY,**

in the above-entitled action, and to detain the same in your custody until further order of the Court, and to give due notice to all persons claiming the same or having anything to say why the same should not be condemned and forfeited to the United States pursuant to the prayer of the Complaint on file herein, that they must file their claims with the Clerk of this Court within 30 days after execution of this process, or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims.

YOU ARE FURTHER COMMANDED to file this process in this Court with your return thereon promptly after execution thereof.

DATED: 11/16/07

W. SAMUEL HAMRICK, JR., Clerk

(SEAL)

By _____ M. Z.