```
KAREN P. HEWITT
United States Attorney
DAVID M. McNEES
Special Assistant U.S. Attorney
California State Bar No. 216612
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5979
E-mail: david.mcnees@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. 07cv2158 JLS (RBB) |
| Plaintiff, ) | JOINT MOTION FOR |
| ) | JUDGMENT OF FORFEITURE |
| v. ) | |
| $4,000 IN U.S. CURRENCY, ) | |
| Defendant. ) | |

The United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and David M. McNees, Special Assistant U.S. Attorney, and the claimants, Gary Douglas Pierson and Maralyn Pierson ("Claimants"), and their attorney of record, Nicholas DePento, agree as follows:

1.  The parties have entered into this joint motion in order to resolve the matter of the seizure and forfeiture of the above-referenced defendant ("defendant currency").

2.  The parties have agreed to a settlement which is hereinafter described in its particulars.

3.  $2000 of the defendant currency shall be forfeited and condemned to the United States pursuant to Title 21, United States Code, Section 881. Judgment shall be entered in favor of the United States on its complaint. The remainder of the defendant currency, $2000 plus interest, according to law, shall be returned to Claimants Gary Douglas Pierson and Maralyn

1  Pierson, through their attorney of record, Nicholas DePento.

2  4. Costs incurred by the United States incident to the seizure and custody of the
3  defendant currency, if any, shall be borne by the United States.

4  5. The person or persons who made the seizure or the prosecutor shall not be liable to
5  suit or judgment on account of such seizure in accordance with Title 28, United States Code,
6  Section 2465. Claimant agrees that by entering into this joint motion, they have not "substantially
7  prevailed" within the meaning of 28 U.S.C. § 2465. Each party shall bear its own costs and
8  expenses, including attorney fees.

9  6. Claimants warrant and represents as a material fact that they are the sole owner of
10 the defendant currency and further warrants that no other person or entity has any right, claim or
11 interest in the Defendant, and that they will defend and indemnify the United States against any
12 and all claims made against it on account of the seizure and forfeiture of the defendant currency.

13 7. The claimants, their agents, employees, or assigns, shall hold and save harmless the
14 United States of America, its agents and employees, from any and all claims which might result
15 from the seizure of the defendant.

16 8. Following forfeiture of the United States' portion and distribution of the Claimant's
17 portion of the defendant currency as described above, the case shall be closed.

18 DATED: 7-7-08

19  KAREN P. HEWITT
    United States Attorney

20  *David McNees* (signature)

21

22  DAVID M. McNEES
    Special Assistant U.S. Attorney
23  Attorneys for Plaintiff
    United States of America
24  E-mail: david.mcnees@usdoj.gov

25 DATED: 6-20-08

26  GARY DOUGLAS PIERSON
    Claimant

27
28

2

```
 1
 2    DATED: 6·26·08              _____
 3                                MARALYN PIERSON
                                  Claimant
 4
 5    DATED: 6-30-08              _____
                                  NICHOLAS De PENTO
 6                                Attorney for Claimants
 7
 8    Joint Motion for Judgment of Forfeiture
      United States v. $40,000 IN U.S. CURRENCY
 9    Civil No. 07cv2158
```